IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESTATE OF CHARLES CARL GIBSON, ) <br> SR., DECEASED, CHARLES GIBSON ) <br> PAVING, and CHARLES C. GIBSON, ) <br> JR.,, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cv-02256-GEB-CMK <br><br> ORDER RE: SETTLEMENT AND DISPOSITION |

Plaintiff filed a "Notice of Conditional Settlement" on December 12, 2012, in which it states:

> [N]otice is hereby given of a conditional settlement between the United States and the Defendants to this Action. The settlement is contingent upon approval by the Associate Attorney General, as well as necessary officials within the U.S. Department of Agriculture. The parties anticipate that the required approvals will be obtained and final dispositional documents filed within 120 days from this date.

(ECF No. 6.)

Therefore, a dispositional document shall be filed no later than April 11, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

1  Further, the Status Conference scheduled for hearing on
2 January 14, 2013, is continued to commence at 9:00 a.m. on May 13, 2013,
3 in the event no dispositional document is filed, or if this action is
4 not otherwise dismissed.[1]  A joint status report shall be filed fourteen
5 (14) days prior to the status conference.
6  IT IS SO ORDERED.

Dated:  December 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2