IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ESTATE OF CHARLES CARL GIBSON, SR., DECEASED, CHARLES GIBSON PAVING, and CHARLES C. GIBSON, JR.,<br><br>　　　　　　Defendants. | CASE NO. 2:12-cv-02256-GEB-CMK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND FOR CONTINUANCE OF STATUS CONFERENCE |

　　　　Having considered the Application of the United States to extend the time to file dispositional documents and continue the status conference, and good cause shown,

　　　　**IT IS HEREBY ORDERED** that the dispositional documents shall be filed no later than May 31, 2013.

　　　　**IT IS FURTHER ORDERED** that the Status Conference scheduled for hearing on May 13, 2013, is continued to commence at 9:00 a.m. on July 8, 2013, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen days prior to the Status Conference.

　　　　**IT IS SO ORDERED**.

4/8/13

　　　　　　　　　　　　　　　　　　　　United States District Judge

United States' Application for Extension of Time